UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL VANACOR | * | CIVIL ACTION |
| VERSUS | * | NO. 22-1325 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | *  * | SECTION "H" (2) |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 10) is GRANTED IN PART AND DENIED IN PART and that Defendant's Cross-Motion for Summary Judgment (ECF No. 11) is DENIED.

IT IS FURTHER ORDERED that this matter is REVERSED AND REMANDED to the Commission of Social Security for further consideration pursuant to 42 U.S.C. § 405(g), sentence 4.

New Orleans, Louisiana, this 8th day of June, 2023.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE