UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL VANACOR | * | CIVIL ACTION |
| VERSUS | * | NO. 22-1325 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | *  * | SECTION "H" (2) |

## ORDER

The Court, after considering the submissions of counsel (ECF Nos. 16, 18), the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that Plaintiff's Motion for Attorneys' Fees is **GRANTED**.

New Orleans, Louisiana, this 19th day of December, 2023.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE